No. 171. HYGIENIC PRODUCTS CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer A. Cook* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent. 

No. 172. NAKDIMEN ET AL. *v.* BAKER. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James B. McDonough, G. O. Patterson,* and *Edward H. Patterson* for petitioners. *Messrs. Harold R. Small* and *Thomas B. Pryor* for respondent. 

No. 174. UNITED DRUG CO. *v.* OBEAR-NESTER GLASS CO. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William F. Davis, Jr.* and *Delos G. Haynes* for petitioner. *Messrs. Lawrence C. Kingsland* and *Edmund C. Rogers* for respondent. 

No. 179. WOODS, COURT TRUSTEE, *v.* ARLINGTON, INC. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioner. *Mr. Vincent O'Brien* for respondent. 

No. 181. FLEISHHACKER *v.* BLUM ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Her-*